**No. 40266.**—Protest 799907–G of B. Altman & Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of outerwear in chief value of wool similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

BEFORE THE THIRD DIVISION, DECEMBER 30, 1938

**No. 40267.**—Protests 929075–G, etc., of Ignaz Strauss & Co. Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 40268.**—Protests 767236–G(B), etc., of L. Oppleman, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (C. D. 42) the mineral specimens in question were held free of duty under paragraph 1719 as claimed.

**No. 40269.**—Protests 691849–G, etc., of William Faehndrich, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) and *Kraft* v. *United States* (T. D. 47955) the protests were sustained as to the weight of cheese.

**No. 40270.**—Protests 613130–G, etc., of E. Cerruti, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) and *Kraft* v. *United States* (T. D. 47955) the protests were sustained as to the weight of cheese.